IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVIE SMITH,                               No C-10-0229 VRW (PR)

        Plaintiff,

    v                                       ORDER OF TRANSFER

ROBERT AYERS, JR, Warden, et al,

        Defendant(s).
_____/

        Plaintiff, a prisoner incarcerated at Corcoran State Prison in Corcoran, California, and frequent litigant in federal court, has filed a pro se civil rights complaint under 42 USC § 1983 alleging that certain correctional officers at that facility violated his constitutional rights.

        A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Kings, which lies within the venue of the Eastern District of California.  See 28 USC § 84(b).  Venue therefore properly lies in the Eastern District.  See id § 1391(b).

//

In the interest of justice and pursuant to 28 USC § 1406(a) IT IS ORDERED that this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.10\Smith-10-229-transfer to caed.wpd