# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVIE SMITH, | CASE NO. 1:10-CV-00428-AWI-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING ACTION WITHOUT PREJUDICE |
| v. | |
| ROBERT L. AYRIS, JR., et al., | (DOC. 13) |
| Defendants. | DISMISSAL COUNTS AS STRIKE PURSUANT TO 28 U.S.C. § 1915(G) |

Plaintiff Stevie Smith ("plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action by filing his complaint in on January 19, 2010. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 12, 2010, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within twenty-one days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The Findings and Recommendations, filed October 12, 2010, is adopted in full;

3    2.    This action is dismissed without prejudice for violation of the favorable termination

4          rule of *Heck v. Humphrey*, 512 U.S. 477 (1994); and

5    3.    This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g).

7  IT IS SO ORDERED.

8  Dated:    November 13, 2010                    _____
9                                                  CHIEF UNITED STATES DISTRICT JUDGE